Patrick J. Arnold Jr. (6203666)
  Email: parnold@mcandrews-ip.com
MCANDREWS, HELD & MALLOY, LTD.
500 W. Madison St., 34th floor
Chicago, IL 60661
Direct Telephone: 312-775-8112

Steven M. Wilker (seeking admission *pro hac vice*)
  Email: steven.wilker@tonkon.com
Stephanie J. Grant (seeking admission *pro hac vice*)
  Email:  stephanie.grant@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204
Direct Telephone:  503.221.1440
Direct Facsimile:   503.274.8779

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

## EASTERN DIVISION

| | |
|---|---|
| SPOETZL BREWERY, INC., a Texas corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SIP SHINE LLC, a Michigan limited liability company,<br><br>    Defendant. | Case. No.<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Spoetzl Brewery, Inc. ("Spoetzl"), for its Complaint against Defendant Sip Shine

LLC ("Sip Shine"), hereby alleges as follows:

### NATURE OF THE ACTION

1.      In this action, Spoetzl seeks injunctive and monetary relief for acts of trademark

infringement and unfair competition arising out of the Trademark Act of 1946, 15 U.S.C.

§§ 1051 *et seq*. (2002) (the "Lanham Act").

**PAGE 1 - COMPLAINT**

2.      Spoetzl has been making and selling alcoholic beverages for over 100 years. Over that century, Spoetzl has earned considerable goodwill in its brand and its trademarks, including without limitation its well-known flagship SHINER trademark ("SHINER" or the "SHINER Mark").  Spoetzl offers more than a dozen varieties of beers, other alcoholic beverages, and merchandise.

3.      In 2019, Defendant Sip Shine LLC ("Sip Shine") entered the alcoholic beverage market with a canned alcoholic beverage it calls "sipping shine."  One of Sip Shine's three beverage flavors is called ARNOLD SHINER.  Although Sip Shine is a young company, it boasts national distribution of its products on its website, with the exception of Utah.

4.      Spoetzl brings this action to stop Sip Shine's infringement and dilution of Spoetzl's SHINER Mark.

## THE PARTIES

5.      Plaintiff Spoetzl Brewery, Inc., ("Spoetzl" or "Plaintiff") is a Texas corporation with its principal place of business at 14800 San Pedro Avenue, San Antonio, Texas 78232.

6.      Defendant Sip Shine LLC ("Sip Shine" or "Defendant") is a Michigan limited liability company with its principal place of business at 702 Chicago Drive, Jenison, Michigan, 49428.

## JURISDICTION

7.      This Court has subject matter jurisdiction over this action under the Lanham Act, pursuant to 15 U.S.C. § 1121, 28 U.S.C. § 1331, and 28 U.S.C. § 1338.

8.      This court has personal jurisdiction over Defendant Sip Shine because Defendant has advertised, offered, promoted, directed, and sold its ARNOLD SHINER product to residents in this state.  Defendant promotes and distributes its ARNOLD SHINER beverage throughout Illinois.  On its website, Sip Shine advertises dozens of retail locations in Illinois, including several in this district and division.

**PAGE 2 - COMPLAINT**

9.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims herein occurred in this District.

10.      On information and belief, a substantial portion of the events giving rise to this action occurred in the Eastern Division of this District.

## BACKGROUND

11.      Spoetzl has been making and selling alcoholic beverages since 1909, with its operations based in Texas.  Today, Spoetzl sends more than 6 million cases of beer and other alcoholic beverages across the United States annually.  It ranks among the largest remaining independently owned breweries in the country.

12.      In addition to beer and other alcoholic beverages, Spoetzl sells a variety of branded merchandise, including without limitation apparel, accessories, barware, and décor. Spoetzl's SHINER-branded merchandise includes without limitation golf balls and golf tees.

13.      Spoetzl is the owner of numerous federally-registered trademarks, including without limitation for the SHINER Mark, and including without limitation for the mark SHINER in Class 32 for "beer" (U.S. Reg. No. 3604837) (the "SHINER Registration").  The registration and maintenance filings for the SHINER Registration are attached as Exhibit 1.

14.      The SHINER Registration is incontestable pursuant to 15 U.S.C. § 1065, and reached incontestable status prior to Sip Shine's use of the mark ARNOLD SHINER.

15.      In addition to the SHINER Registration, Spoetzl is the owner of thirteen other federally-registered trademarks for or incorporating the word "SHINER", and which are used in connection with its advertising, promotion, distribution, and sales of beer, other alcoholic beverages, and related merchandise.  Those registered trademarks are as follows: SHINER (stylized, U.S. Reg. No. 2222636), SHINER (stylized, U.S. Reg. No. 2238473), SHINER (stylized, U.S. Reg. No. 1632511), SHINER BOCK BEER (U.S. Reg. No. 4164744), SHINER BOCK BEER (design, U.S. Reg. No. 4278637), SHINER WEISSE 'N' EASY (U.S. Reg. No. 6196619), SHINER BEER RUN (U.S. Reg. No. 4830237), SHINER BIRTHDAY BEER (U.S.

**PAGE 3 - COMPLAINT**

Reg. No. 5095952), SHINER WILD HARE (U.S. Reg. No. 4283815), SHINER COMMEMORATOR (U.S. Reg. No. 3692574), and THE LITTLE BREWERY IN SHINER (U.S. Reg. No. 2710720).

16.     In addition to these registered trademarks, the SHINER Mark is also prominently used to signify the origin and source of Spoetzl's numerous other beer varieties sold under Spoetzl's unregistered trademarks, including without limitation: SHINER LIGHT BLONDE, SHINER BREWER'S PRIDE, SHINER SEA SALT & LIME, SHINER COLD-BREW COFFEE ALE, SHINER S'MORE, SHINER 1909, SHINER STRAWBERRY BLONDE, SHINER PRICKLY PEAR, SHINER AGUA FRESCA, SHINER BERLINER WEISSE, SHINER BREWERY TOUR, SHINER RUBY REDBIRD, SHINER PREMIUM BEER, SHINER BOHEMIAN BLACK LAGER, SHINER CERVEZA, and SHINER WICKED JUICY IPA.

17.     Spoetzl has further applied for federal registration of several additional trademarks, including without limitation SHINER (in Class 33, U.S. App. No. 87735739), SHINER TALL TALES (U.S. App. No. 90613354), SHINER TALL 'TAILS (U.S. App. No. 90613343), and SHINER STRAIGHT SHOOTER (U.S. App. No. 88716320), all in connection with related categories of goods such as wine, spirits, cocktails, and hard seltzers.

18.     Together, the trademarks described in paragraphs 13, 15, 16, and 17 are referred to herein as the "SHINER Family Marks."  If applicable, copies of the registrations and maintenance filings for registered SHINER Family Marks, and applications for the unregistered SHINER Family Marks are attached as Exhibits 2 and 3, respectively.

19.     At all times relevant to this action, Spoetzl has continuously used the SHINER Mark to identify its alcoholic beverages and merchandise, and to distinguish Spoetzl's goods from those made and sold by others.  Spoetzl prominently displays the SHINER Mark and SHINER Family Marks on its goods, their containers, promotional and advertising displays, taps, trucks, and merchandise.

**PAGE 4 - COMPLAINT**

20.     In addition, Spoetzl prominently displays the SHINER Mark and SHINER Family Marks on its paper and digital advertising and promotions, correspondence, social media, and website.

21.     Spoetzl has invested significantly in the SHINER Mark and the SHINER Family Marks, developing valuable goodwill through its history, the variety and quality of alcoholic beverage products it offers, and its national presence.

22.     With a few exceptions, the SHINER Mark and the SHINER Family Marks are used in connection with beers and other alcoholic beverages that are on the lighter, more approachable spectrum of beer and other alcoholic beverage products.  Spoetzl's beverage products are generally smooth and refreshing, and sometimes infuse fruity flavors evocative of southern Texas's warm climate, rich agriculture, and appreciation for the outdoors.  Even Spoetzl's branded merchandise is geared toward warm-weather activities like cycling, adventuring with pets, and golf.

23.     Nationally, consumers have come to associate the SHINER Mark and the SHINER Family Marks with flavorful and refreshing alcoholic beverages, offered by a storied and reliable company.

## DEFENDANT'S ACTIVITIES

24.     Sip Shine was formed in or around April 2019.  According to its website, its "sipping shine" beverage product is "moonshine"-based.  Ostensibly, by "moonshine," Sip Shine means high-proof grain alcohol.  Sip Shine's founders were inspired to create Sip Shine by a family vacation to Tennessee—they apparently have no other connection to the Appalachian moonshine tradition.

25.     Sip Shine offers three flavors: "Shineberry Sweet Tea," "Razz-Berry Shineade," and a tea-lemonade flavor called ARNOLD SHINER.  Upon information and belief, Sip Shine's products are sold in cans, either individually or in 4-packs, and on-tap in some locations.

**PAGE 5 - COMPLAINT**

26.     On its website and social media, Sip Shine offers drink recipes incorporating ARNOLD SHINER, including without limitation a "Pumpkin Shiner," a "Whiskey Shiner," and a "Shepard Shiner."

27.     Similar to the refreshing and fruit-forward flavors offered under the SHINER Mark and SHINER Family Marks, Sip Shine's flavors are advertised in the context of warm, sunny days and the desire for cool and refreshing alcoholic beverages to complement them. According to Sip Shine, ARNOLD SHINER "has a place in every golf bag."

28.     Upon information and belief, ARNOLD SHINER is available for sale and delivery in every U.S. state.  Sip Shine's "Store Locator" on its website demonstrates distribution through either retail or online ordering in every state except Utah.  However, Sip Shine has communicated through social media that online ordering and delivery is indeed available in Utah.

29.     Upon information and belief, Sip Shine intends for its products to compete with products such as beer, shandy, and hard seltzer.  When sold in the same retail locations as beer, shandy, or hard seltzer, Sip Shine's products are often displayed prominently to compete with these products.  Online, Sip Shine promotes its products as a higher-ABV—yet easy-to-drink—alternative to these lighter-ABV beverages.

30.     Sip Shine's use of ARNOLD SHINER on its beverage product is confusingly similar to the SHINER Mark, which is used in connection with Spoetzl's array of beverage products and alongside the SHINER Family Marks.

31.     Spoetzl has not licensed, authorized, or otherwise consented to Sip Shine's use of ARNOLD SHINER.  To the contrary, on January 28, 2021, counsel for Spoetzl sent a cease and desist letter to counsel for Sip Shine.  On March 1, 2021, Sip Shine's counsel responded, refusing to comply.

32.     Despite actual knowledge of Spoetzl's trademark rights and Spoetzl's requests to cease using ARNOLD SHINER in connection with the sale of an alcoholic beverage product, Sip Shine continues to use the confusingly similar trademark to sell its competitor product.

**PAGE 6 - COMPLAINT**

## FIRST CLAIM FOR RELIEF
### (Trademark Infringement, 15 U.S.C. § 1114(1))

33.     Plaintiff realleges each of the allegations set forth in the foregoing paragraphs as if fully set forth herein.

34.     The SHINER Mark, along with the SHINER Family Marks, and the goodwill of the business associated with them are of great value, are highly distinctive, and have become associated in the public mind with Plaintiff's products.

35.     Defendant's use of an infringing trademark (ARNOLD SHINER) that is confusingly similar to the SHINER Mark and SHINER Family Marks is likely to cause confusion, or to cause mistake, or to deceive the purchasing public and others, whereby they would be led to mistakenly believe that Defendant's product is affiliated with, related to, or connected with Plaintiff, or has the sponsorship, endorsement, or approval of Plaintiff, when it does not.

36.     Defendant began using the ARNOLD SHINER mark long after Plaintiff commenced using the SHINER Mark, and long after the SHINER Mark became incontestable. Despite Plaintiff's cease and desist letter, Defendant continues its use of ARNOLD SHINER.

37.     Defendant's use of the ARNOLD SHINER mark is in violation of 15 U.S.C. § 1114, and has caused and, unless restrained and enjoined by this Court, will continue to cause a likelihood of confusion and deception, and irreparable harm, damage, and injury to Plaintiff's goodwill and reputation as symbolized by its SHINER Mark and the SHINER Family Marks, for which Plaintiff has no adequate remedy at law.

38.     Upon information and belief, Defendant's conduct is an intentional, willful, and malicious attempt to trade on the goodwill Spoetzl has developed in its SHINER Mark to the damage of Spoetzl, and such conduct is a knowing and willful violation of Spoetzl's rights under 15 U.S.C. § 1114.

39.     As a direct and proximate cause of Defendant's conduct, Plaintiff has suffered damages to its valuable SHINER Mark and other damages in an amount to be proven at trial.

40.     Plaintiff is entitled to, among other relief, injunctive relief and an award of actual damages, Defendant's profits, enhanced damages and profits, reasonable attorneys' fees, and costs of the action pursuant to 15 U.S.C. §§ 1114, 1116, 1117, together with prejudgment and post-judgment interest.

## SECOND CLAIM FOR RELIEF
### (Unfair Competition and False Designation of Origin, 15 U.S.C. § 1125(a))

41.     Plaintiff realleges each of the allegations set forth in the foregoing paragraphs as if fully set forth herein.

42.     Defendant's unauthorized and unlawful use of ARNOLD SHINER constitutes a false designation of origin which is likely to cause confusion, mistake, or deception as to the origin of Defendant's products or services, and as to Defendant's affiliation, connection, or association with Plaintiff, or as to the sponsorship or approval of the Defendant's products or services by Plaintiff, in violation of 15 U.S.C. § 1125(a).

43.     The SHINER Mark, along with the SHINER Family Marks, and the goodwill of the business associated with them are of great value, are highly distinctive, and have become associated in the public mind with Plaintiff's products.

44.     Defendant's use of an infringing trademark (ARNOLD SHINER) that is confusingly similar to the SHINER Mark and the SHINER Family Marks is likely to cause confusion, or to cause mistake, or to deceive the purchasing public and others, whereby they would be led to mistakenly believe that Defendant's product is affiliated with, related to, or connected with Plaintiff, or has the sponsorship, endorsement, or approval of Plaintiff, when it does not.

45.     Defendant began using the mark ARNOLD SHINER long after Plaintiff commenced using the SHINER Mark, and long after the SHINER trademark became incontestable.  Despite Plaintiff's cease and desist letter, Defendant continues its use of ARNOLD SHINER.

**PAGE 8 - COMPLAINT**

46.     Defendant's use of the ARNOLD SHINER trademark is in violation of 15 U.S.C. § 1125(a) and has caused and, unless restrained and enjoined by this Court, will continue to cause confusion and irreparable harm, damage, and injury to Plaintiff's goodwill and reputation as symbolized by its SHINER Mark and SHINER Family Marks, for which Plaintiff has no adequate remedy at law.

47.     Upon information and belief, Defendant's conduct is an intentional, willful, and malicious attempt to trade on the goodwill Spoetzl has developed in its SHINER Mark to the damage of Spoetzl, and is a knowing and willful violation of Spoetzl's rights under 15 U.S.C. § 1125(a).

48.     Defendant's conduct as alleged herein constitutes unfair competition in violation of 15 U.S.C. § 1125(a).

49.     As a direct and proximate cause of Defendant's conduct, Spoetzl has suffered damages to its valuable SHINER Mark and other damages in an amount to be proven at trial.

50.     Plaintiff is entitled to, among other relief, injunctive relief and an award of actual damages, Defendant's profits, enhanced damages and profits, reasonable attorneys' fees, and costs of the action pursuant to 15 U.S.C. §§ 1116, 1117, and 1125, together with prejudgment and post-judgment interest.

### THIRD CLAIM FOR RELIEF

### (Trademark Dilution, 15 U.S.C. § 1125(c))

51.     Plaintiff realleges each of the allegations set forth in the foregoing paragraphs as if fully set forth herein.

52.     Plaintiff's SHINER Mark is distinctive and comprises a "famous mark" within the meaning of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

53.     Plaintiff's SHINER Mark became distinctive and famous prior to the Defendant's acts as alleged herein.

54.     Defendant's acts have diluted and will, unless enjoined, continue to dilute and are likely to dilute the distinctive quality of Plaintiff's famous SHINER Mark by blurring.

**PAGE 9 - COMPLAINT**

55.     Defendant's acts are intentional and willful in violation of Section 43(c)(1) of the Lanham Act, and have already caused Plaintiff irreparable damage and will, unless enjoined, continue to so damage Plaintiff.

56.     Plaintiff is entitled to, among other relief, an award of actual damages, Defendant's profits, enhanced damages and profits, reasonable attorneys' fees, and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest.

WHEREFORE, Plaintiff requests judgment against Defendant as follows:

1.      That Defendant has violated Section 32 of the Lanham Act (15 U.S.C. § 1114), Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)), and Section 43(c) of the Lanham Act (15 U.S.C. § 1125(c)).

2.      Granting an injunction permanently enjoining the Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all of those in active concert and participation with any of the foregoing persons and entities who receive actual notice of the Court's order by personal service or otherwise from:

a.      manufacturing, distributing, selling, marketing, advertising, promoting, or authorizing any third party to manufacture, distribute, sell, market, advertise or promote alcoholic beverage products bearing the mark ARNOLD SHINER or any other mark that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of Plaintiff's SHINER Mark;

b.      engaging in any activity that infringes Plaintiff's rights in its SHINER Mark;

c.      engaging in any activity constituting unfair competition with Plaintiff;

d.      engaging in any activity that is likely to dilute the distinctiveness of Plaintiff's SHINER Mark;

e.      making or displaying any statement, representation, or depiction that is likely to lead the public or the trade to believe that (i) Defendant's products are in any manner

**PAGE 10 - COMPLAINT**

approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Plaintiff or (ii) Plaintiff's products are in any manner approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Defendant;

        f.     using or authorizing any third party to use in connection with any alcoholic beverage product any false description, false representation, or false designation of origin, or any trademarks, names, words, symbols, devices, or trade dress that falsely associate such products with Plaintiff or tend to do so;

        g.     registering or applying to register any trademark, service mark, domain name, trade name, or other source identifier or symbol of origin consisting of or incorporating the mark ARNOLD SHINER or any other mark that infringes or is likely to be confused with Plaintiff's SHINER Mark, or any goods or services of Plaintiff, or Plaintiff as their source; and

        h.     aiding, assisting, or abetting any other individual or entity in doing any act prohibited by sub-paragraphs (a) through (g).

3.     Granting such other and further relief as the Court may deem proper to prevent the public and trade from deriving the false impression that any goods or services manufactured, sold, distributed, licensed, marketed, advertised, promoted, or otherwise offered or circulated by Defendant are in any way approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Plaintiff or constitute or are connected with Plaintiff's products.

4.     Directing Defendant to immediately cease all manufacture, display, distribution, marketing, advertising, promotion, sale, offer for sale and/or use of any and all packaging, labels, containers, advertisements, signs, displays, and other materials that feature or bear any designation or trademark incorporating the mark ARNOLD SHINER or any other mark that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of Plaintiff's SHINER Mark, and to direct all distributors, retailers, wholesalers, and other individuals and establishments wherever located in the United States that distribute, advertise, promote, sell, or

**PAGE 11 - COMPLAINT**

offer for sale Defendant's goods or services to cease the display, distribution, marketing, advertising, promotion, sale, and/or offering for sale of any and all goods, services, packaging, labels, containers, advertisements, signs, displays, and other materials featuring or bearing the mark ARNOLD SHINER or any other mark that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of the Plaintiff's SHINER Mark, and to immediately remove them from public access and view.

5.      Directing Defendant to recall and deliver up for destruction all goods, packaging, advertisements, promotions, signs, displays, and related materials incorporating or bearing the mark ARNOLD SHINER or any other mark that is a counterfeit, copy, confusingly similar variation, or colorable imitation of Plaintiff's SHINER Mark.

6.      Directing, pursuant to Section 35(a) of the Lanham Act (15 U.S.C. § 1116(a)), Defendant to file with the court and serve upon Plaintiff's counsel within thirty (30) days after service on Defendant of an injunction in this action, or such extended period as the court may direct, a report in writing under oath, setting forth in detail the manner and form in which Defendant has complied therewith.

7.      Awarding Plaintiff an amount up to three times the amount of its actual damages, in accordance with Section 35(a) of the Lanham Act (15 U.S.C. § 1117(a)).

8.      Directing that Defendant account and pay over to Plaintiff all profits realized by its wrongful acts in accordance with Section 35(a) of the Lanham Act (15 U.S.C. § 1117(a)), enhanced as appropriate to compensate Plaintiff for the damages caused thereby.

9.      Awarding Plaintiff punitive and exemplary damages as the court finds appropriate to deter any future willful infringement.

10.     Declaring that this is an exceptional case pursuant to Section 35(a) of the Lanham Act and awarding Plaintiff its costs and reasonable attorneys' fees thereunder (15 U.S.C. § 1117(a)).

11.     Awarding Plaintiff interest, including prejudgment and post-judgment interest, on the foregoing sums.

**PAGE 12 - COMPLAINT**

12.     Awarding such other and further relief as the Court deems just and proper.

**JURY TRIAL DEMAND**

Plaintiff demands a trial by jury on all claims on which it has the right to trial by jury.

Dated:  December 17, 2021

MCANDREWS, HELD & MALLOY, LTD.

By ____/parnold/_____
    Patrick J. Arnold Jr.
    (6203666)

TONKON TORP LLP

By ____/swilker/_____
    Steven M. Wilker
    (*Pro hac vice* application to be filed)
    Stephanie J. Grant
    (*Pro hac vice* application to be filed)
    Attorneys for Plaintiff

041514\00001\12264279v9

**PAGE 13 - COMPLAINT**

EXHIBIT 1

**Int. Cl.: 32**

**Prior U.S. Cls.: 45, 46 and 48**

**United States Patent and Trademark Office**

**Reg. No. 3,604,837**

Registered Apr. 14, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# SHINER

SPOETZL BREWERY, INC. (TEXAS CORPORA-
TION)
14800 SAN PEDRO AVE.
SAN ANTONIO, TX 78232

    FOR: BEER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

    FIRST USE 12-31-1909; IN COMMERCE 12-31-1909.

    THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

    SER. NO. 76-694,143, FILED 11-10-2008.

GEOFFREY FOSDICK, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, September 11, 2014 11:00 PM |
| **To:** | dchapmanipdocket@jw.com |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 3604837: SHINER: Docket/Reference No. T-3522.116 |

**Serial Number:** 76694143
**Registration Number:** 3604837
**Registration Date:** Apr 14, 2009
**Mark:** SHINER
**Owner:** Spoetzl Brewery, Inc.

Sep 11, 2014

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
032

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=76694143. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, August 8, 2018 11:03 PM |
| **To:** | dchapmanipdocket@jw.com |
| **Cc:** | lhrna@jw.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3604837: SHINER: Docket/Reference No. T-3522.116 |

**U.S. Serial Number:** 76694143
**U.S. Registration Number:** 3604837
**U.S. Registration Date:** Apr 14, 2009
**Mark:** SHINER
**Owner:** Spoetzl Brewery, Inc.

Aug 8, 2018

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
032

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=76694143&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=76694143&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

EXHIBIT 2
REGISTRATIONS AND MAINTENANCE FILINGS

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,222,636

Registered Feb. 9, 1999

### TRADEMARK
### PRINCIPAL REGISTER



GAMBRINUS COMPANY, THE (TEXAS COR-
PORATION)
14800 SAN PEDRO AVENUE, SUITE 310
SAN ANTONIO, TX 78232

FOR: CLOTHING; NAMELY, T-SHIRTS,
HATS, JACKETS AND VISORS, IN CLASS 25
(U.S. CLS. 22 AND 39).

FIRST USE 11–1–1990; IN COMMERCE
1–1–1993.

SER. NO. 75–395,746, FILED 11–25–1997.

MICHELLE S. WISEMAN, EXAMINING AT-
TORNEY

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
www.uspto.gov

REGISTRATION NO: 2222636     SERIAL NO: 75/395746     MAILING DATE: 05/21/2004
REGISTRATION DATE: 02/09/1999
MARK: SHINER
REGISTRATION OWNER: SPOETZL BREWERY, INC.

**CORRESPONDENCE ADDRESS:**
DANIEL D CHAPMAN
JACKSON WALKER LLP
112 E PECAN STE 2100
SAN ANTONIO TX 78205

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF ACKNOWLEDGEMENT
15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

**ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
025.

COPELAND, VICKY L
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**


**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**


**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, March 2, 2018 11:02 PM |
| **To:** | dchapmanipdocket@jw.com |
| **Cc:** | emyersipdocket@jw.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 2222636: SHINER (Stylized/Design): Docket/Reference No. 108448.0003 |

**U.S. Serial Number:** 75395746
**U.S. Registration Number:** 2222636
**U.S. Registration Date:** Feb 9, 1999
**Mark:** SHINER (Stylized/Design)
**Owner:** SPOETZL BREWERY, INC.

Mar 2, 2018

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
025

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=75395746&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=75395746&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

**United States Patent and Trademark Office**

Reg. No. 2,238,473

Registered Apr. 13, 1999

## TRADEMARK
### PRINCIPAL REGISTER



GAMBRINUS COMPANY, THE (TEXAS COR-
PORATION)
14800 SAN PEDRO AVENUE
SAN ANTONIO, TX 78232

FOR: BEER, IN CLASS 32 (U.S. CLS. 45, 46
AND 48).

FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.
OWNER OF U.S. REG. NO. 1,632,511.
SEC. 2(F).

SER. NO. 75-395,981, FILED 11-25-1997.

CAROLYN GRAY, EXAMINING ATTORNEY

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
www.uspto.gov

REGISTRATION NO: 2238473   SERIAL NO: 75/395981   MAILING DATE: 07/12/2004
REGISTRATION DATE: 04/13/1999
MARK: SHINER
REGISTRATION OWNER: SPOETZL BEWERY, INC.

**CORRESPONDENCE ADDRESS:**
DANIEL D CHAPMAN
JACKSON WALKER, LLP
112 E PECAN, SUITE 2100
SAN ANTONIO TX 78205

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF ACKNOWLEDGEMENT
15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

**ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
032.

HILL, CATHERINE R
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, August 7, 2018 11:01 PM |
| **To:** | dchapmanipdocket@jw.com |
| **Cc:** | lhrna@jw.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 2238473: SHINER (Stylized/Design): Docket/Reference No. 303522.0017. |

**U.S. Serial Number:** 75395981
**U.S. Registration Number:** 2238473
**U.S. Registration Date:** Apr 13, 1999
**Mark:** SHINER (Stylized/Design)
**Owner:** SPOETZL BEWERY, INC.

Aug 7, 2018

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
032

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=75395981&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=75395981&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 32

Prior U.S. Cl.: 48

**United States Patent and Trademark Office**

Reg. No. 1,632,511

Registered Jan. 22, 1991

## TRADEMARK
### PRINCIPAL REGISTER



GAMBRINUS IMPORTING COMPANY, INC. (TEXAS CORPORATION), DBA SPOETZL BREWERY
SUITE 310
14800 SAN PEDRO
SAN ANTONIO, TX 78232

FOR: BEER, IN CLASS 32 (U.S. CL. 48).
FIRST USE 6–13–1967; IN COMMERCE 6–13–1967.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE DESIGN OF THE STATE OF TEXAS AND THE CITY/TOWN OF SHINER , APART FROM THE MARK AS SHOWN.

SER. NO. 74–043,027, FILED 3–27–1990.

TIMOTHY D. PECSENYE, EXAMINING AT-TORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, March 17, 2021 11:02 PM |
| **To:** | mmilleripdocket@jw.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1632511: SHINER (Stylized/Design): Docket/Reference No. 303522.0013 |

**U.S. Serial Number:** 74043027
**U.S. Registration Number:** 1632511
**U.S. Registration Date:** Jan 22, 1991
**Mark:** SHINER (Stylized/Design)
**Owner:** SPOETZL BREWERY, INC.

Mar 17, 2021

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
032

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=74043027&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=74043027&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

 \* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**



# United States of America
## United States Patent and Trademark Office

# SHINER BOCK BEER

**Reg. No. 4,164,744**
**Registered June 26, 2012**

SPOETZL BREWERY, INC. (TEXAS CORPORATION)
14800 SAN PEDRO AVENUE
SAN ANTONIO, TX 78232

**Int. Cl.: 32**

FOR: BEER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 1-1-2006; IN COMMERCE 1-1-2006.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,670,442, 3,604,837 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BOCK BEER", APART FROM
THE MARK AS SHOWN.

SER. NO. 85-501,958, FILED 12-22-2011.

MARILYN IZZI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, October 12, 2017 11:01 PM |
| **To:** | dchapmanipdocket@jw.com |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4164744: SHINER BOCK BEER: Docket/Reference No. CM:108448.03 |

**U.S. Serial Number:** 85501958
**U.S. Registration Number:** 4164744
**U.S. Registration Date:** Jun 26, 2012
**Mark:** SHINER BOCK BEER
**Owner:** SPOETZL BREWERY, INC.

Oct 12, 2017

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
032

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85501958&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85501958&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

   \* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,278,637**

**Registered Jan. 22, 2013**

**Int. Cl.: 32**

**TRADEMARK**

**PRINCIPAL REGISTER**

SPOETZL BREWERY, INC (TEXAS CORPORATION)
14800 SAN PEDRO AVENUE
SAN ANTONIO, TX 78232

FOR: BEER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 1-1-2006; IN COMMERCE 1-1-2006.

OWNER OF U.S. REG. NOS. 1,670,442, 4,164,744 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BOCK" AND "BEER", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF STYLIZED WORDS "SHINER BOCK BEER" WITH THE HEAD OF A RAM WITH ANTLERS, SLIGHTLY FACING TO THE LEFT.

SER. NO. 85-597,753, FILED 4-13-2012.

TARA PATE, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, February 13, 2018 11:01 PM |
| **To:** | dchapmanipdocket@jw.com |
| **Cc:** | emyersipdocket@jw.com |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4278637: SHINER BOCK BEER (Stylized/Design): Docket/Reference No. CM:108448.03 |

**U.S. Serial Number:** 85597753
**U.S. Registration Number:** 4278637
**U.S. Registration Date:** Jan 22, 2013
**Mark:** SHINER BOCK BEER (Stylized/Design)
**Owner:** SPOETZL BREWERY, INC

Feb 13, 2018

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
032

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85597753&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85597753&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# United States of America

## United States Patent and Trademark Office

# SHINER WEISSE 'N' EASY

**Reg. No. 6,196,619**

Spoetzl Brewery, Inc.  (TEXAS CORPORATION)
14800 San Pedro Avenue
San Antonio, TEXAS 78232

**Registered Nov. 10, 2020**

**Int. Cl.: 32**

CLASS 32: Beer

**Trademark**

FIRST USE 1-1-2020; IN COMMERCE 1-1-2020

**Principal Register**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2238473

The English translation of the word "WEISSE" in the mark is "WHITE".

SER. NO. 88-623,885, FILED 09-19-2019



Director of the United States
Patent and Trademark Office





# United States of America
### United States Patent and Trademark Office

# SHINER BEER RUN

**Reg. No. 4,830,237**

**Registered Oct. 13, 2015**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SPOETZL BREWERY, INC. (TEXAS CORPORATION)
14800 SAN PEDRO AVENUE
SAN ANTONIO, TX 78232

FOR: ORGANIZING, ARRANGING, AND CONDUCTING RUNNING EVENTS; ATHLETIC AND SPORTS EVENT SERVICES, NAMELY, ARRANGING, ORGANIZING, OPERATING AND CONDUCTING MARATHON RACES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-0-2012; IN COMMERCE 11-0-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,632,511, 1,670,442, AND 2,238,473.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BEER RUN", APART FROM THE MARK AS SHOWN.

SER. NO. 86-445,440, FILED 11-5-2014.

TRACY CROSS, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

### SHINER BIRTHDAY BEER

**Reg. No. 5,095,952**

**Registered Dec. 06, 2016**

**Int. Cl.: 32**

**Trademark**

**Principal Register**

Spoetzl Brewery, Inc. (TEXAS CORPORATION)
14800 San Pedro Avenue
San Antonio, TX 78232

CLASS 32: Beer

FIRST USE 12-16-2015; IN COMMERCE 12-16-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 1670442, 2238473, 1632511

No claim is made to the exclusive right to use the following apart from the mark as shown: "BEER"

SER. NO. 86-396,251, FILED 09-16-2014
TRACY L CROSS, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# Shiner Wild Hare

**Reg. No. 4,283,815**
**Registered Jan. 29, 2013**

SPOETZL BREWERY, INC. (TEXAS CORPORATION)
14800 SAN PEDRO AVE.
SAN ANTONIO, TX 78232

**Int. Cl.: 32**

FOR: BEER AND ALE, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 2-3-2012; IN COMMERCE 2-3-2012.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,670,442, 3,604,837, AND OTHERS.

SN 85-466,366, FILED 11-7-2011.

MARILYN IZZI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, February 22, 2018 11:01 PM |
| **To:** | dchapmanipdocket@jw.com |
| **Cc:** | emyersipdocket@jw.com |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4283815: SHINER WILD HARE: Docket/Reference No. CM108448.003 |

**U.S. Serial Number:** 85466366
**U.S. Registration Number:** 4283815
**U.S. Registration Date:** Jan 29, 2013
**Mark:** SHINER WILD HARE
**Owner:** Spoetzl Brewery, Inc.

Feb 22, 2018

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
032

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

## REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85466366&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85466366&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**



# United States of America
## United States Patent and Trademark Office

## SHINER COMMEMORATOR

**Reg. No. 3,692,574**
Registered Oct. 6, 2009

**Int. Cl.: 32**

**TRADEMARK**
**PRINCIPAL REGISTER**

SPOETZL BREWERY, INC. (TEXAS CORPORATION)
3RD FLOOR
14800 SAN PEDRO AVENUE
SAN ANTONIO, TX 78232

FOR: BEER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 1-23-2009; IN COMMERCE 1-23-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-731,474, FILED 5-7-2009.

JANICE L. MCMORROW, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, December 4, 2015 11:00 PM |
| **To:** | dchapmanipdocket@jw.com |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 3692574: SHINER COMMEMORATOR: Docket/Reference No. T3522.0118 |

**Serial Number:** 77731474
**Registration Number:** 3692574
**Registration Date:** Oct 6, 2009
**Mark:** SHINER COMMEMORATOR
**Owner:** SPOETZL BREWERY, INC.

Dec 4, 2015

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
032

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=77731474. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, September 19, 2019 11:02 PM |
| **To:** | mmilleripdocket@jw.com |
| **Cc:** | lhrnaipdocket@jw.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3692574: SHINER COMMEMORATOR: Docket/Reference No. 108448.00003 |

**U.S. Serial Number:** 77731474
**U.S. Registration Number:** 3692574
**U.S. Registration Date:** Oct 6, 2009
**Mark:** SHINER COMMEMORATOR
**Owner:** SPOETZL BREWERY, INC.

Sep 19, 2019

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
032

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=77731474&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=77731474&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 32

Prior U.S. Cls.: 45, 46, and 48

## United States Patent and Trademark Office

Reg. No. 2,317,118
Registered Feb. 8, 2000

### TRADEMARK
### PRINCIPAL REGISTER



GAMBRINUS COMPANY, THE (TEXAS COR-
PORATION)
14800 SAN PEDRO AVENUE
SAN ANTONIO, TX 78232

FOR: BEER, IN CLASS 32 (U.S. CLS. 45, 46
AND 48).
FIRST USE 3–1–1998; IN COMMERCE
3–1–1998.
OWNER OF U.S. REG. NOS. 1,632,511 AND
1,670,442.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SUMMER STOCK", APART
FROM THE MARK AS SHOWN.
THE LINING AND STIPPLING ARE FEA-
TURES OF THE MARK AND DO NOT INDI-
CATE COLOR.

SN 75–407,628, FILED 12–18–1997.

MICHELLE S. WISEMAN, EXAMINING AT-
TORNEY

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

ATTY DKT. NO. T-3522.29

| | |
|---|---|
| REGISTRANT: | Spoetzl Brewery, Inc. |
| REG. NO.: | 2,317,118 |
| REG. DATE: | February 8, 2000 |
| MARK: | **SHINER SUMMER STOCK & Design** |
| INT'L CLASS: | 32 |

Box POST REG/FEE
COMMISSIONER OF TRADEMARKS
P.O. Box 1451
Alexandria, VA 22313-1451

### COMBINED DECLARATION OF USE AND INCONTESTABILITY
### UNDER SECTIONS 8 AND 15 OF THE TRADEMARK ACT OF 1946, AS AMENDED

REGISTRANT AND MAILING ADDRESS:

| | |
|---|---|
| Registrant: | Spoetzl Brewery, Inc. |
| Mailing Address: | 14800 San Pedro Avenue |
| | San Antonio, Texas 78232 |

GOODS AND/OR SERVICES AND USE IN COMMERCE STATEMENT:

The mark shown in Registration No. 2,317,118, owned by the above identified Registrant, has been in continuous use in interstate, or such other commerce as may lawfully be regulated by Congress commerce for five consecutive years from the date of registration or the date of publication under Section 12(c) to the present, on or in connection with all of the goods and/or services identified in the registration as evidenced by the attached specimen(s) showing the mark as currently used.

There has been no final decision adverse to Registrant's claim of ownership of such mark for such goods or services, or to Registrant's right to register the same or to keep the same on the register, and there is no proceeding involving said rights pending and not finally disposed of either in the Patent and Trademark Office or in the courts.

FILING FEE

Enclosed is the filing fee payment for the Section 8/15 Declaration:

[X]    Attached is a check in the sum of **$300.00** ($100.00 per class of filing for Section 8, and $200.00 per class of filing for Section 15)

[X]    Charge Account 07-2400 for any additional extension and/or fee required or credit for any excess fee paid.

[ ]    Charge fee to Account 07-2400 and this is a request to charge for any additional extension and/or fee required or credit for any excess fee paid. A duplicate of this statement of use is attached.



05-06-2005

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #72

DECLARATION:

      The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Registrant; that he/she believes the Registrant to be the owner of the above identified registration; that the trademark/service mark is in use in commerce; and that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**SPOETZL BREWERY, INC.**

By _____
Name: William A. Levine
Title: Secretary
Dated: _____

      The undersigned attorney as defined in 37 C.F.R. §10.1, having actual or implied written or verbal power of attorney from applicant, hereby executes this application on information and belief on behalf of applicant.

By _____
Name: Daniel D. Chapman for Applicant

Date: _____

## CERTIFICATE OF MAILING

      I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited on the date shown below with the United States Postal Service in an envelope addressed to the Commissioner of Trademarks, Box POST REG/FEE, P.O. Box 1451, Alexandria, VA 22313-1451, as follows:

| 37 CFR 1.8(a)/1.10 | 37 CFR 1.10 |
|---|---|
| [ ]    With sufficient postage as First Class Mail.<br><br>Date: May 3 , 2005 | [X]    As "Express Mail Post Office to Addressee", Mailing Label No.<br>_____<br><br>Date: _____ , 2005 |

_____
Shirley McIntyre

- 2 -

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

## United States Patent and Trademark Office

Reg. No. 2,710,720

Registered Apr. 29, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## THE LITTLE BREWERY IN SHINER

SPOETZL BREWERY, INC. (TEXAS CORPORA-
TION)
14800 SAN PEDRO AVENUE
SAN ANTONIO, TX 78232

FOR: BEER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 10-0-1990; IN COMMERCE 10-0-1990.

SEC. 2(F).

SER. NO. 76-312,045, FILED 9-13-2001.

SUSAN LESLIE DUBOIS, EXAMINING ATTORNEY

Side - 1



**NOTICE OF ACCEPTANCE AND
ACKNOWLEDGEMENT OF §§8 & 15
DECLARATION
MAILING DATE: Mar 30, 2009**

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065. The combined declaration is accepted and acknowledged. The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**      **2710720**
**MARK:**            **THE LITTLE BREWERY IN SHINER**
**OWNER:**           **Spoetzl Brewery, Inc.**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

DANIEL D. CHAPMAN
JACKSON WALKER L.L.P.
112 E. PECAN
SUITE 2400
SAN ANTONIO, TX  78205

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Sunday, May 26, 2013 11:14 PM |
| **To:** | dchapmanipdocket@jw.com |
| **Subject:** | Trademark RN 2710720: Official Notice of Acceptance and Renewal under Sections 8 and 9 of the Trademark Act |

**Serial Number:**  76312045
**Registration Number:**  2710720
**Registration Date:**  Apr 29, 2003
**Mark:**  THE LITTLE BREWERY IN SHINER
**Owner:**  Spoetzl Brewery, Inc.

May 26, 2013

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
032

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=76312045.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

EXHIBIT 3
APPLICATIONS

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87735739**
**Filing Date: 12/27/2017**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87735739 |
| **MARK INFORMATION** | |
| *MARK | SHINER |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | SHINER |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Spoetzl Brewery, Inc. |
| *STREET | 14800 San Pedro Avenue |
| *CITY | San Antonio |
| *STATE (Required for U.S. applicants) | Texas |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 78232 |
| **PHONE** | 210-978-7759 |
| **FAX** | 210 978 7790 |
| **EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Texas |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 033 |
| *IDENTIFICATION | Wine and Alcoholic Beverages including Spirits |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Daniel D. Chapman |
| **ATTORNEY DOCKET NUMBER** | CM:108448.03 |

| | |
|---|---|
| **FIRM NAME** | JACKSON WALKER L.L.P. |
| **INTERNAL ADDRESS** | SUITE 2400 |
| **STREET** | 112 EAST PECAN STREET |
| **CITY** | SAN ANTONIO |
| **STATE** | Texas |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 78205 |
| **PHONE** | 210-978-7759 |
| **FAX** | 210 978 7790 |
| **EMAIL ADDRESS** | dchapmanipdocket@jw.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Mark H. Miller, William R. Borchers, Cline H. White |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Daniel D. Chapman |
| **FIRM NAME** | JACKSON WALKER L.L.P. |
| **INTERNAL ADDRESS** | SUITE 2400 |
| **STREET** | 112 EAST PECAN STREET |
| **CITY** | SAN ANTONIO |
| **STATE** | Texas |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 78205 |
| **PHONE** | 210-978-7759 |
| **FAX** | 210 978 7790 |
| *__EMAIL ADDRESS__ | dchapmanipdocket@jw.com; emyersipdocket@jw.com |
| *__AUTHORIZED TO COMMUNICATE VIA EMAIL__ | Yes |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS RF |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 275 |
| *__TOTAL FEE DUE__ | 275 |
| *__TOTAL FEE PAID__ | 275 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /DANIEL D. CHAPMAN/ |
| **SIGNATORY'S NAME** | DANIEL D. CHAPMAN |
| **SIGNATORY'S POSITION** | Attorney of Record, Texas Bar Member |
| **SIGNATORY'S PHONE NUMBER** | 210-978-7759 |
| **DATE SIGNED** | 12/27/2017 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87735739**
**Filing Date: 12/27/2017**

## To the Commissioner for Trademarks:

**MARK:** SHINER (Standard Characters, see mark)
The literal element of the mark consists of SHINER.
The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, Spoetzl Brewery, Inc., a corporation of Texas, having an address of

    14800 San Pedro Avenue
    San Antonio, Texas 78232
    United States
    210-978-7759(phone)
    210 978 7790(fax)
    XXXX (not authorized)

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 033:  Wine and Alcoholic Beverages including Spirits
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The applicant's current Attorney Information:
    Daniel D. Chapman and Mark H. Miller, William R. Borchers, Cline H. White of JACKSON WALKER L.L.P.
    SUITE 2400
    112 EAST PECAN STREET
    SAN ANTONIO, Texas 78205
    United States
    210-978-7759(phone)
    210 978 7790(fax)
    dchapmanipdocket@jw.com (authorized)
The attorney docket/reference number is CM:108448.03.
The applicant's current Correspondence Information:

    Daniel D. Chapman

    JACKSON WALKER L.L.P.

    SUITE 2400

    112 EAST PECAN STREET

    SAN ANTONIO, Texas 78205

    210-978-7759(phone)

    210 978 7790(fax)

    dchapmanipdocket@jw.com;emyersipdocket@jw.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /DANIEL D. CHAPMAN/   Date: 12/27/2017
Signatory's Name: DANIEL D. CHAPMAN
Signatory's Position: Attorney of Record, Texas Bar Member
Payment Sale Number: 87735739
Payment Accounting Date: 12/28/2017

Serial Number: 87735739
Internet Transmission Date: Wed Dec 27 16:16:54 EST 2017
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XX-2017122716165484
7325-87735739-510198c4667c9615e4fbbf3137
99bf1dab7d3e282632be9ec593aa6f448633f294
-DA-2281-20171227160710696741

# SHINER

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 90613354**
**Filing Date: 03/30/2021**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90613354 |
| **MARK INFORMATION** | |
| *MARK | SHINER TALL TALES |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | SHINER TALL TALES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Spoetzl Brewery, Inc. |
| *MAILING ADDRESS | 14800 San Pedro Avenue, 3rd Floor |
| *CITY | San Antonio |
| *STATE (Required for U.S. applicants) | Texas |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 78232 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Texas |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 032 |
| *IDENTIFICATION | Beer; Beer-based cocktails |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 033 |
| *IDENTIFICATION | Prepared alcoholic cocktail; Carbonated ready-to-drink distilled-spirit-based cocktails; Canned ready-to-drink prepared alcoholic cocktails; Alcoholic flavored brewed malt beverages, except beers; Hard seltzer |
| FILING BASIS | |

| | |
|---|---|
| **FILING BASIS** | SECTION 1(b) |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| **ACTIVE PRIOR REGISTRATION(S)** | The applicant claims ownership of active prior U.S. Registration Number(s) 3604837, 1632511, and 2238473. |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Christopher Erickson |
| **ATTORNEY DOCKET NUMBER** | 41514 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | TONKON TORP LLP |
| **STREET** | 888 SW FIFTH AVE., SUITE 1600 |
| **CITY** | PORTLAND |
| **STATE** | Oregon |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 97204 |
| **PHONE** | 503-221-1440 |
| **EMAIL ADDRESS** | trademark@tonkon.com |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Christopher Erickson |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | trademark@tonkon.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |

## FEE INFORMATION

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 2 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| *****TOTAL FEES DUE** | 700 |
| *****TOTAL FEES PAID** | 700 |

## SIGNATURE INFORMATION

| | |
|---|---|
| **SIGNATURE** | /James J. Bolz/ |
| **SIGNATORY'S NAME** | James J. Bolz |
| **SIGNATORY'S POSITION** | Treasurer |
| **DATE SIGNED** | 03/30/2021 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 90613354**
**Filing Date: 03/30/2021**

## To the Commissioner for Trademarks:

**MARK:** SHINER TALL TALES (Standard Characters, see mark)
The literal element of the mark consists of SHINER TALL TALES. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Spoetzl Brewery, Inc., a corporation of Texas, having an address of

    14800 San Pedro Avenue, 3rd Floor
    San Antonio, Texas 78232
    United States
    XXXX


requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 032:  Beer; Beer-based cocktails
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 033:  Prepared alcoholic cocktail; Carbonated ready-to-drink distilled-spirit-based cocktails; Canned ready-to-drink prepared alcoholic cocktails; Alcoholic flavored brewed malt beverages, except beers; Hard seltzer
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.


**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3604837, 1632511, and 2238473.


The owner's/holder's proposed attorney information: Christopher Erickson. Christopher Erickson of TONKON TORP LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    888 SW FIFTH AVE., SUITE 1600
    PORTLAND, Oregon 97204
    United States
    503-221-1440(phone)
    trademark@tonkon.com

The docket/reference number is 41514.
Christopher Erickson submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

    Christopher Erickson
    PRIMARY EMAIL FOR CORRESPONDENCE: trademark@tonkon.com     SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $700 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 90613343**
**Filing Date: 03/30/2021**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90613343 |
| **MARK INFORMATION** | |
| *MARK | SHINER TALL 'TAILS |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | SHINER TALL 'TAILS |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Spoetzl Brewery, Inc. |
| *MAILING ADDRESS | 14800 San Pedro Avenue, 3rd Floor |
| *CITY | San Antonio |
| *STATE<br>(Required for U.S. applicants) | Texas |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE<br>(Required for U.S. and certain international addresses) | 78232 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Texas |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 032 |
| *IDENTIFICATION | Beer; Beer-based cocktails |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 033 |
| *IDENTIFICATION | Prepared alcoholic cocktail; Carbonated ready-to-drink distilled-spirit-based cocktails; Canned ready-to-drink prepared alcoholic cocktails; Alcoholic flavored brewed malt beverages, except beers; Hard seltzer |
| FILING BASIS | |

| FILING BASIS | SECTION 1(b) |
|---|---|
| **ADDITIONAL STATEMENTS SECTION** | |
| ACTIVE PRIOR REGISTRATION(S) | The applicant claims ownership of active prior U.S. Registration Number(s) 3604837, 1632511, and 2238473. |
| **ATTORNEY INFORMATION** | |
| NAME | Christopher Erickson |
| ATTORNEY DOCKET NUMBER | 41514 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | TONKON TORP LLP |
| STREET | 888 SW FIFTH AVE., SUITE 1600 |
| CITY | PORTLAND |
| STATE | Oregon |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 97204 |
| PHONE | 503-221-1440 |
| EMAIL ADDRESS | trademark@tonkon.com |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Christopher Erickson |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademark@tonkon.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 2 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 700 |
| *TOTAL FEES PAID | 700 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /James J. Bolz/ |
| SIGNATORY'S NAME | James J. Bolz |
| SIGNATORY'S POSITION | Treasurer |
| DATE SIGNED | 03/30/2021 |
| SIGNATURE METHOD | Signed directly within the form |

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 90613343**
**Filing Date: 03/30/2021**

## To the Commissioner for Trademarks:

**MARK:** SHINER TALL 'TAILS (Standard Characters, see mark)
The literal element of the mark consists of SHINER TALL 'TAILS. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Spoetzl Brewery, Inc., a corporation of Texas, having an address of

   14800 San Pedro Avenue, 3rd Floor
   San Antonio, Texas 78232
   United States
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 032: Beer; Beer-based cocktails
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 033: Prepared alcoholic cocktail; Carbonated ready-to-drink distilled-spirit-based cocktails; Canned ready-to-drink prepared alcoholic cocktails; Alcoholic flavored brewed malt beverages, except beers; Hard seltzer
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3604837, 1632511, and 2238473.

The owner's/holder's proposed attorney information: Christopher Erickson. Christopher Erickson of TONKON TORP LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

   888 SW FIFTH AVE., SUITE 1600
   PORTLAND, Oregon 97204
   United States
   503-221-1440(phone)
   trademark@tonkon.com
The docket/reference number is 41514.
Christopher Erickson submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

   Christopher Erickson
   PRIMARY EMAIL FOR CORRESPONDENCE: trademark@tonkon.com    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $700 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 88716320**
**Filing Date: 12/05/2019**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | [SHINER STRAIGHT SHOOTER](#) |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | SHINER STRAIGHT SHOOTER |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Spoetzl Brewery, Inc. |
| *STREET | 14800 San Pedro Avenue, 3rd Floor |
| *CITY | San Antonio |
| *STATE (Required for U.S. applicants) | Texas |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 78232 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY OF INCORPORATION | Texas |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 032 |
| *IDENTIFICATION | Beer |
| *FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 033 |
| *IDENTIFICATION | Alcoholic beverages except beers |

| *FILING BASIS | SECTION 1(b) |
|---|---|

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | The applicant claims ownership of active prior U.S. Registration Number(s) 3604837, 1632511, and 2238473. |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | J. Scott Gerien |
| ATTORNEY DOCKET NUMBER | GAMB2-023 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Dickenson, Peatman & Fogarty |
| STREET | 1455 First Street, Suite 301 |
| CITY | Napa |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 94559 |
| PHONE | 707-252-7122 |
| FAX | 707-255-6876 |
| EMAIL ADDRESS | tmdept@dpf-law.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Katja Loeffelholz; Christopher J. Passarelli; Joy L. Durand |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | J. Scott Gerien |
| FIRM NAME | Dickenson, Peatman & Fogarty |
| *STREET | 1455 First Street, Suite 301 |
| *CITY | Napa |
| *STATE<br>(Required for U.S. addresses) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 94559 |
| PHONE | 707-252-7122 |
| FAX | 707-255-6876 |
| *EMAIL ADDRESS | tmdept@dpf-law.com |

| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
|---|---|
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 450 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /James J. Bolz/ |
| * SIGNATORY'S NAME | James J. Bolz |
| * SIGNATORY'S POSITION | Treasurer |
| SIGNATORY'S PHONE NUMBER | 210/490-9128 |
| * DATE SIGNED | 12/04/2019 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

**Trademark/Service Mark Application, Principal Register**

**TEAS Plus Application**

**Serial Number: 88716320**
**Filing Date: 12/05/2019**

## To the Commissioner for Trademarks:

**MARK:** SHINER STRAIGHT SHOOTER (Standard Characters, see mark)
The literal element of the mark consists of SHINER STRAIGHT SHOOTER. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Spoetzl Brewery, Inc., a corporation of Texas, having an address of
    14800 San Pedro Avenue, 3rd Floor
    San Antonio, Texas 78232
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 032: Beer
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 033: Alcoholic beverages except beers
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3604837, 1632511, and 2238473.

The applicant hereby appoints J. Scott Gerien. Other appointed attorneys are Katja Loeffelholz; Christopher J. Passarelli; Joy L. Durand. J. Scott Gerien of Dickenson, Peatman & Fogarty, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    1455 First Street, Suite 301
    Napa, California 94559
    United States
    707-252-7122(phone)
    707-255-6876(fax)
    tmdept@dpf-law.com (authorized).
The attorney docket/reference number is GAMB2-023.
J. Scott Gerien submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
    J. Scott Gerien
    Dickenson, Peatman & Fogarty
    1455 First Street, Suite 301
    Napa, California 94559
    707-252-7122(phone)
    707-255-6876(fax)

tmdept@dpf-law.com (authorized).

**Email Authorization:** I authorize the USPTO to send email correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the email address provided in this application. I understand that a valid email address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $450 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

   - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
   - The mark is in use in commerce on or in connection with the goods/services in the application;
   - The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
   - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

   **AND/OR**
   **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

   - The signatory believes that the applicant is entitled to use the mark in commerce;
   - The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
   - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /James J. Bolz/   Date: 12/04/2019
Signatory's Name: James J. Bolz
Signatory's Position: Treasurer
Signatory's Phone Number: 210/490-9128
Payment Sale Number: 88716320
Payment Accounting Date: 12/05/2019

Serial Number: 88716320
Internet Transmission Date: Thu Dec 05 13:55:43 EST 2019
TEAS Stamp: USPTO/FTK-XXX.X.XX.XX-201912051355435777
39-88716320-7008ccb17c555884edee271dca9b
97b4f1239c92e796bf13a4ea5acf052c4fbf8-DA
-55433272-20191203185430905597

# SHINER STRAIGHT SHOOTER